IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PEDRO LOZANO, et al. :
: NO. 07-3531
v. :
:
CITY OF HAZLETON :

**MOTION OF APPELLANT, CITY OF HAZLETON, FOR
LEAVE TO EXTEND LENGTH OF REPLY BRIEF**

Appellant, City of Hazleton, by and through its counsel, hereby requests that it be permitted to exceed the 7,000 word limit for reply briefs and avers as follows:

1. Pursuant to F.R.A.P. 32, a reply brief may not exceed fifteen (15) pages unless it contains no more than 7,000 words.

2. Appellant filed this matter as an appeal of the decision of the Honorable James M. Munley, dated July 26, 2007.

3. Judge Munley's decision is 206 pages in length and addresses no fewer than twelve (12) primary issues and many more secondary issues.

4. Due to the length of Judge Munley's decision and the number of issues it addresses, this Court permitted Appellant to file a principal brief totaling 20,000 words.

5. Appellant's consented to Appellee's motion to file a response brief totaling 20,000 words.

6. Appellee's, by and through their counsel, Thomas Wilkinson, Esquire, advised that they take no position on this motion.

**WHEREFORE,** Appellant, City of Hazleton, respectfully requests that this Honorable Court grant its Motion for Leave to Extend Length of Reply Brief.

**Respectfully submitted,**

/s/ HM1224
**Harry G. Mahoney, Esquire**
**Attorney I.D. No. 19609**
/s/ CM853
**Carla P. Maresca, Esquire**
**Attorney I.D. No. 77568**
/s/Andrew B. Adair, Esquire
**Attorney I.D. No.: 70756**
DEASEY, MAHONEY & VALENTINI, LTD
**1601 Market Street, Suite 3400**
**Philadelphia, PA 19103**
**(215) 587-9400 – Phone**
**(215) 587-9456 – Fax**
**Attorneys for Defendant,**
**City of Hazleton**

/s/ Kris W. Kobach, Esquire
**Attorney I.D. No.: 17280 (Kan.)**

**Dated:** March 12, 2008

# CERTIFICATE OF SERVICE



I, Carla P. Maresca, Esquire hereby certify that I have served upon the following persons a true and correct copy of Defendant, City of Hazleton's Motion for Leave to Extend Length of Reply Brief in the above-captioned matter this date by United States Postal Service to:

**Thomas G. Wilkinson, Jr. Esquire**
**Cozen O'Connor**
**1900 Market Street**
**Philadelphia, PA 19103**

as well as to the additional persons listed below:

| Foster Maer, Esquire<br>Jackson Chin, Esquire<br>Puerto Rican Legal Defense and<br>Education Fund<br>99 Hudson Street, 14th Floor<br>New York, New York 10013 | Omar C. Jadwat, Esquire<br>American Civil Liberties Union Found<br>Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, New York 10004 |
|---|---|
| Witold J. Walczak, Esquire<br>American Civil Liberties Union of PA<br>105 North Front Street<br>Suite 225<br>Harrisburg, PA 17101 | Shamaine A. Daniels, Esquire<br>Community Justice Project<br>118 Locust Street<br>Harrisburg, PA 17101 |
| Lucas Guttentag, Esquire<br>ACLU<br>405 14th Street, Suite 300<br>Oakland, CA 94612 | Jennifer Chang, Esquire<br>ACLU<br>39 Drumm Street<br>San Francisco, CA 94111 |

DEASEY, MAHONEY & VALENTINI, LTD.

By: /s/CM853
Dated: March 12, 2008       CARLA P. MARESCA, ESQUIRE